1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHELE BECKWITH
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700

5

6

7

8 |               IN THE UNITED STATES DISTRICT COURT

9 |            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            )
                                         ) CR. No. S-11-258 LKK
12 |              Plaintiff,              )
                                         )
13 |       v.                            ) STIPULATION AND ORDER
                                         ) CONTINUING STATUS CONFERENCE
14 | FRANCISCO GONZALEZ-CARDENA,          ) AND EXCLUDING TIME
      aka Francisco Cadena Gonzalez,    )
15 |                                      )
                   Defendant.            )
16 |                                      )
                                         )
17 | _____     )

18 |      The parties request that the status conference in this case

19 | set for November 22, 2011, be continued to January 10, 2012 at

20 | 9:15 a.m.  They stipulate that the time between November 22,

21 | 2011, and January 10, 2012 should be excluded from the

22 | calculation of time under the Speedy Trial Act.  The parties need

23 | additional time to review the facts and evidence affecting the

24 | guidelines calculations in this case.  The parties stipulate that

25 | the ends of justice are served by granting the continuance so

26 | that counsel may have reasonable time necessary for effective

27 | preparation, taking into account the exercise of due diligence.

28 | 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties stipulate and agree

1

1 that the interests of justice served by granting this continuance

2 outweigh the best interests of the public and the defendant in a

3 speedy trial.  18 U.S.C. §(7)(B)(iv).

4 Dated:  November 16, 2011                Respectfully submitted,

5                                          BENJAMIN B. WAGNER
                                           United States Attorney

6

7                                          */s/ Michele Beckwith*
                                      By:  Michele Beckwith
8                                          Assistant U.S. Attorney

9 Dated: November 16, 2011

10                                         */s/Matthew C. Bockmon*
                                           MATTHEW C. BOCKMON
11                                         Attorney for Defendant

12

13                              **ORDER**

14     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it

15 is ordered that the status conference previously set for November

16 22, 2011, be continued to January 10, 2012, at 9:15 a.m.  Based

17 on the representations of counsel and good cause appearing

18 therefrom, the Court hereby finds that the ends of justice to be

19 served by granting a continuance outweigh the best interests of

20 the public and the defendant in a speedy trial.  It is ordered

21 that time from November 22, 2011, to and including, the January

22 10, 2012, status conference shall be excluded from computation of

23 time within which the trial of this matter must be commenced

24 under the Speedy Trial Act pursuant to 18 U.S.C. §

25 3161(h)(7)(B)(iv) and Local Code T-4.

26 Dated: November 17, 2011

27

28 _____
   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT

                              2